```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California  93721
 4  Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ENRIQUE REYNOSA, )<br>)<br>Defendant. )<br>) | 5:13MJ00009 JLT<br><br>GOVERNMENT'S MOTION TO STRIKE<br>LAST PAGE OF ARREST WARRANT AND<br>PROPOSED ORDER |

The United States of America, by and through its undersigned attorneys hereby moves to strike the last page of the arrest warrant in this matter, which contains biographical information pertaining to a different defendant..

DATED: January 30, 2013              Respectfully submitted,

                                                      BENJAMIN B. WAGNER
                                                      United States Attorney

                                                      By /s/ Karen A. Escobar
                                                         KAREN A. ESCOBAR
                                                     Assistant U.S. Attorney

<u>O R D E R</u>

It is so ordered.

DATED: January 30 , 2013      /s/ Jennifer L. Thurston
                              JENNIFER L. THURSTON
                              U.S. Magistrate Judge