BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ENRIQUE REYNOSA,<br><br>　　　　　　　Defendant. | 1:13-cr-00060 AWI BAM<br><br>STIPULATION REGARDING CONTINUANCE AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS;   ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on Monday, May 12, 2014.

2. By this stipulation, the parties agree to vacate the status conference and continue the matter to June 9, 2014.  A continuance is necessitated by the court's unavailability, as well as the need of both parties to conduct further investigation.

3. The defendant specifically agrees to the continuance and exclusion of time under the Speedy Trial Act.

4. The parties agree and stipulate, and request that the Court find the following:

    a. Counsel for the parties believe that granting of the above-requested continuance is in the interest of justice and would afford defense counsel the opportunity to fully develop any defense that Mr. Reynosa may have to the charged offenses or, alternatively, to permit a resolution that is in Mr. Reynosa's best interest.

    b. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

    c. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 12, 2014, to June 9, 2014, scheduled by the Court, inclusive, is deemed excludable pursuant to 18 U.S.C.§§ 3161(h)(7)(A) and B(iv), because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

////
////
////
////
////
////
////
////
////

IT IS SO STIPULATED.

DATED:      March 14, 2014.          Respectfully submitted,

                                     BENJAMIN B. WAGNER
                                     United States Attorney


                                     /s/ Karen A. Escobar_____
                                     KAREN A. ESCOBAR
                                     Assistant United States Attorney


DATED:      March 14, 2014.

                                     /s/ Stephen Quade _____
                                     STEPHEN QUADE
                                     Counsel for Defendant

### O R D E R

IT IS SO FOUND AND ORDERED that the 6th Status Conference is continued from May 12, 2014 to June 9, 2014 at 1:00 PM before Judge McAuliffe.   Time is excluded pursuant to 18 U.S.C.§§ 3161(h)(7)(A) and B(iv).

IT IS SO ORDERED.

Dated:   **March 14, 2014**            /s/ Barbara A. McAuliffe        _
                                     UNITED STATES MAGISTRATE JUDGE