BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:13-cr-00060 AWI BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER REGARDING CONTINUANCE AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT |
| v. | |
| ENRIQUE REYNOSA, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on Monday, June 9, 2014.

2. By this stipulation, the parties agree to vacate the status conference and continue the matter to June 23, 2014. A continuance is necessitated by defense counsel's need to communicate and review with the defendant a revised plea offer, as well as the AUSA's unavailability due to annual leave.

3. The defendant specifically agrees to the continuance and exclusion of time under the

1

Speedy Trial Act.

4. The parties agree and stipulate, and request that the Court find the following:

    a. Counsel for the parties believe that granting of the above-requested continuance is in the interest of justice and would afford defense counsel to permit a resolution that is in Mr. Reynosa's best interest and to conduct further investigation, as necessary.

    b. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

    c. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 9, 2014, to June 23, 2014, scheduled by the Court, inclusive, is deemed excludable pursuant to 18 U.S.C.§§ 3161(h)(7)(A) and B(iv), because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

////

////

////

////

////

////

////

////

IT IS SO STIPULATED.

DATED:     June 2, 2014.          Respectfully submitted,

                                  BENJAMIN B. WAGNER
                                  United States Attorney


                                  /s/ Karen A. Escobar_____
                                  KAREN A. ESCOBAR
                                  Assistant United States Attorney


DATED:     June 2, 2014.

                                  /s/ Stephen Quade _____
                                  STEPHEN QUADE
                                  Counsel for Defendant

**O R D E R**

It is Ordered that the Status Conference previously set on June 9, 2014 is now set on June 23, 2014 at 1:00p.m. before Magistrate Judge Barbara A. McAuliffe in courtroom 3 on the 7th floor. No further continuance will be granted, absent good cause.  Counsel are directed to meet and confer and select a mutually convenient date for trial to be discussed at the next conference.

IT IS SO ORDERED.

Dated:   **June 3, 2014**              /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE

3