BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>                 v.<br><br>ENRIQUE REYNOSA,<br><br>                         Defendant. | CASE NO.  1:13-CR-00060-AWI-BAM<br><br>FINAL ORDER OF FORFEITURE |

WHEREAS, on July 24, 2014, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of 21 U.S.C. §§ 853, 881(a), 881(a)(6), and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and defendant Enrique Reynosa, forfeiting to the United States the following property:

a.   2008 Chevrolet Silverado 150 Crew Cab, California license 8R30407, VIN #

        2GCEK133481252104; and

b.   Approximately $1,510.00 in U.S. Currency.

AND WHEREAS, beginning on August 2, 2014, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired;

Accordingly, it is hereby ORDERED and ADJUDGED:

1.      A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 21 U.S.C. §§ 853, 881(a), 881(a)(6), and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Enrique Reynosa.

2.      All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3.      The United States Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   October 10, 2014        _____
                                         SENIOR  DISTRICT  JUDGE