JANICE M. DEATON
Attorney at Law
CBN 135188
444 West C Street, Suite 340
San Diego, CA 92101
Telephone: 619-241-2109
jmdeatonlaw@hotmail.com

Attorney for Defendant
ENRIQUE REYNOSA

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 13CR0060-DAD-BAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION TO CONTINUE** |
| v. | ) | **STATUS HEARING** |
| | ) | and **ORDER** |
| ENRIQUE REYNOSA, | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

**IT IS HEREBY STIPULATED** that the status hearing in this matter now

scheduled for July 3, 2019, be continued until July 10, 2019 at 2:00 p.m. in

///

///

///

///

///

front of Magistrate Judge Sheila K. Oberto.

**SO STIPULATED.**

Dated: June 28, 2019

  */s/ Janice M. Deaton*
**JANICE M. DEATON**
Attorney for Mr. Reynosa
jmdeatonlaw@hotmail.com

Dated: June 28, 2019

  */s/ Karen Escobar*
**KAREN ESCOBAR**
Assistant United States Attorney
Karen.Escobar@usdoj.gov

IT IS SO ORDERED.

Dated:   **June 28, 2019**

_____
UNITED STATES MAGISTRATE JUDGE